UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 15 CR 629 |
| | ) | |
| SALVATORE GALIOTO, | ) | The Honorable Thomas M. Durkin |
| | ) | |
| Defendant. | ) | |

## DEFENDANT SALVATORE GALIOTO'S
## MOTION FOR A NON-JURY TRIAL

Now comes the Defendant SALVATORE GALIOTO, by his attorney Cynthia Giacchetti, pursuant to Rule 23 of the Federal Rules of Criminal Procedure, and hereby moves that the charges against him in this case be tried before and by The Honorable Thomas M. Durkin without a jury.

The Government has been advised of this motion. We anticipate the Government will consider the motion and advise if they will consent to a non-jury trial pursuant to Rule 23(a)(2). This motion is filed in advance of the Government's decision in order to advise the Court in the event this affects issues such as ordering of the venire, etc.

Respectfully submitted,

*/s/ Cynthia Giacchetti*
Attorney for Defendant
Salvatore Galioto

CYNTHIA GIACCHETTI
53 West Jackson–Suite 1035
Chicago, Illinois 60604
312-939-6440
cg@cgdefense.com

## CERTIFICATE OF SERVICE

Cynthia Giacchetti, attorney for the Defendant Salvatore Galioto hereby certifies that Defendant Salvatore Galioto's Motion for a Non-Jury Trial was filed electronically using the Court's CM/ECF E-Filing system and was served on all parties on June 27, 2018, by operation of the Court's electronic filing system in accordance with Fed.R.Civ.P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

By:/s/ *Cynthia Giacchetti*