UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 15 CR 629 |
| v. | ) | |
| | ) | Honorable Thomas M. Durkin |
| SALVATORE GALIOTO | ) | |

GOVERNMENT'S MOTION TO DISMISS
THE INDICTMENT AND SUPERSEDING INDICTMENT

The UNITED STATES OF AMERICA, by and through its attorney, JOHN R. LAUSCH, JR., hereby moves, pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss the Indictment and all remaining counts of the Superseding Indictment in the above-captioned matter.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: s/ Timothy J. Chapman
TIMOTHY J. CHAPMAN
TERRY KINNEY
Assistant United States Attorneys
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
Phone (TJC): (312) 353-1925
Phone (TK): (312) 353-1931
Fax: (312) 886-0657