IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA | ) | Case No: 15 CR 629 |
| v. | ) | |
| | ) | Judge: Thomas M. Durkin |
| Salvatore Galioto | ) | |

## ORDER

Government's motion to dismiss the indictment and superseding indictment is granted. [94] This action is dismissed. Defendant's bond, posted 10/22/2015, is hereby exonerated. The 8/6/2018 bench trial is vacated. No appearance is required on 7/31/2018.

Date: 7/27/2018                                     /s/ Thomas M. Durkin